UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,

        Plaintiffs,

vs.

Case No: 3:18-cv-00685-PGS-DEA

BOTTAZZI ASSOCIATES, LLC, a New Jersey Limited Liability Company,

        Defendant(s).
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Ave. Ste. 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq.
FL Bar No. 0276847
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: 1/16/2020

Joseph Michelini, Esq.
O'Malley, Surman & Michelini
17 Beaverson Boulevard
Brick, NJ 08723
Telephone: (732) 477-4200
jmichelini@osm-law.com
*Attorneys for Defendant*

SIGNED: Peter M Mhu
1/17/2020

Date: 11-4-19